# EXHIBIT 1

OGUNQUIT
*Beautiful Place by the Sea*

Town of Ogunquit
Land Use Office
Post Office Box 875
Ogunquit, Maine 03907-0875
Tel: 207-646-9326
E-Mail: ceoogt@ogunquit.gov

April 3, 2026

**NOTICE OF VIOLATION**
**Certified Mail: 7190 2308 0230 0494 4310**

Omelette Factory
c/o Seafaring Real Estate LLC
422 Main Street
Ogunquit ME 03907

re: 422 Main Street (Map 8 Block 24)
Signage Violations: Unpermitted signage, overage of allowable square footage of signage, free standing A-Frame located within the setback.

Per our previous conversations you are hereby Noticed that you are in violation of §225-8.12 Sign Ordinance of the Town of Ogunquit Municipal Code.

**You are hereby ordered to immediately take the following corrective action: remove all unpermitted signage, including but not limited to rooster statues, relocate all A-Frame signs beyond the setbacks on your property.**

Under Chapter 225-4-3 of the Ogunquit Zoning Ordinance the Code Enforcement Officer has the authority to impose a civil penalty for each day the violation(s) remain uncorrected.

Please contact the Ogunquit Land Use Office if you have any questions concerning this violation, required correction, or timeline.

Sincerely,

Tyler McOsker
Code Enforcement Officer

pc: Ogunquit Town Manager
Ogunquit Town Attorney