# EXHIBIT 2

OGUNQUIT
*Beautiful Place by the Sea*

Town of Ogunquit
Land Use Office
Post Office Box 875
Ogunquit, Maine 03907-0875
Tel: 207-646-9326
E-Mail: ceoogt@ogunquit.gov

April 6, 2026
**NOTICE OF VIOLATION**
Certified Mail 7190 2308 0230 0494 1821
**$150 FINE DUE UPON RECEIPT**

Omelette Factory
c/o Seafaring Real Estate LLC
422 Main Street
Ogunquit ME 03907

theomeletteog@gmail.com

re: 422 Main Street (Map 8 Block 24)
Signage Violations: Unpermitted signage and overage of allowable square footage of signage.

Dear Business Owner,

Despite our recent communications regarding the unpermitted signage on your business the Violation remains unresolved. **As of this date I have imposed a $150 fine for illegal signage.**

**You are hereby ordered to take the following corrective actions within five business days of receipt of this notice: pay the $150 fine at the Town Clerk's Office and adjust the existing signage to meet Code Requirements.**

Please contact my office if you have any questions about the amount, or type, of signage you are permitted.

Under Chapter 225-4-3 of the Ogunquit Zoning Ordinance the Code Enforcement Officer has the authority to impose a civil penalty of $150 for each day the violation remains uncorrected. Should this violation not be immediately corrected an additional civil penalty will begin to be imposed.

In addition, copies of Violation Notices may be attached to any future Business, Liquor, or Entertainment License applications.

Sincerely,

Tyler McOsker
Code Enforcement Officer

pc: Ogunquit Town Clerk