# EXHIBIT 3

OGUNQUIT
*Beautiful Place by the Sea*

Town of Ogunquit
Post Office Box 875
Ogunquit, Maine 03907-0875
Tel: 207-646-9326

April 16, 2026
Certified Mail 7190 2308 0230 0494 1814
**2nd Violation Notice**
$300 Civil Penalty

Omelette Factory
c/o Seafaring Real Estate LLC
422 Main Street
Ogunquit ME 03907

theomeletteog@gmail.com

re: 422 Main Street (Map 8 Block 24)
Signage Violations: Unpermitted signage and overage of allowable square footage of signage.

On April 6, 2026 you were issued a Notice of Violation which included a $150 fine for noncompliance with previous requests to correct unpermitted signage at 422 Main Street.

As of this date the signage at 422 Main Street is still in violation.

**You are hereby ordered to take the following corrective actions within five business days of receipt of this notice: pay the original $150 fine; pay the $300 fine which is now being imposed for continued noncompliance; and adjust the existing signage on your property to comply with Town of Ogunquit Signage Code Requirements.**

Under Chapter 225-4-3 of the Ogunquit Zoning Ordinance the Code Enforcement Officer has the authority to impose a civil penalty for each day the violation(s) remain uncorrected. If the corrective action is not resolved within five days of receipt of this Notice additional fines may accrue.

Contact the Ogunquit Code Office if you have questions concerning the action or timeline required.

Tyler McOsker
Town of Ogunquit
Director of Codes and Planning

ec: Ogunquit Town Manager