# EXHIBIT 4

OGUNQUIT
*Beautiful Place by the Sea*

Town of Ogunquit
Post Office Box 875
Ogunquit, Maine 03907-0875
Tel: 207-646-9326

June 24, 2026
Certified Mail 7190 2308 0230 049 1784
**3rd Violation Notice**
$500 Civil Penalty

Omelet Factory
Seafaring Real Estate LLC
422 Main Street
Ogunquit ME 03907

theomeletteog@gmail.com
sleblanc003@gmail.com

re: 422 Main Street (Map 8 Block 24)
Signage Violations: Unpermitted signage and overage of allowable square footage of signage.

On April 6, 2026 you were issued a Notice of Violation which included a $150 Civil Penalty for noncompliance with previous requests to correct unpermitted signage at 422 Main Street. Due to continued noncompliance, on April 16, 2026 you were issued a 2nd Notice of Violation with an additional $300 Civil Penalty. This Notice was ignored as well, and as of this date neither penalty has been paid.

On June 11, 2026 the Zoning Board of Appeals granted a Variance for you to retain two of the rooster statues once they have been incorporated into a stair railing structure at the entrance to the residence.

You have been informed several times that chaining the roosters to the building is not a "railing entrance structure" and the roosters need to be removed until such a structure is in place. You are now in violation of the Zoning Board's Decision.

**You are hereby ordered to take the following corrective actions within two business days of receipt of this notice: pay the original $450 Civil Penalties; pay the $500 Civil Penalty ($950 total due) which is now being imposed for continued noncompliance; provide the Code Enforcement Office with a plan for a railing structure which incorporates the two roosters as part of that structure, and remove the roosters until that railing structure is constructed.**

Under Chapter 225-4-3 of the Ogunquit Zoning Ordinance the Code Enforcement Officer has the authority to impose a civil penalty for each day the violation(s) remain uncorrected. If the corrective action is not resolved within two days of receipt of this Notice additional fines may accrue and legal action may be taken.

Tyler McOsker
Town of Ogunquit
Director of Codes and Planning

ec: Ogunquit Town Manager