# EXHIBIT 5

OGUNQUIT
*Beautiful Place by the Sea*

Town of Ogunquit
Post Office Box 875
Ogunquit, Maine 03907-0875
Tel: 207-646-9326

September 17, 2026
**Violation Notice**
**$750 Civil Penalty**

Seafaring Real Estate LLC
422 Main Street
Ogunquit ME 03907

theomeletteog@gmail.com
dleblanc003@gmail.com
sleblanc003@gmail.com

re: 422 Main Street (Map 8 Block 24)
Signage Violations: Unpermitted signage and overage of allowable square footage of signage.

Despite our numerous communications both in writing and verbally ordering you to remove the prohibited signage at the above-noted property, said signage remains in place. I have determined the violation to be a short term risk or nuisance, and I have imposed a $750 Civil Penalty for failure to remove the illegal signage.

You are hereby ordered to take the following corrective actions within 48 hours of receipt of this Notice: permanently remove all unpermitted signage; and pay the $750 fine at the Town Clerk's Office.

Under Chapter 225-4-3 of the Ogunquit Zoning Ordinance the Code Enforcement Officer has the authority to impose an additional civil penalty and/or additional penalties if the violation remains uncorrected within the time frame noted above.

You may request, in writing to my office, an extension of the timeframe to remove said signage.

In addition, copies of Violation Notices may be attached to any future Business, Liquor, or Entertainment applications.

Please call my office if you have any questions.

Tyler McOsker
Town of Ogunquit
Director of Codes and Planning

ec: Ogunquit Town Manager