# EXHIBIT 6

Gmail The Omelette Factory <theomeletteog@gmail.com>

# Maine Freedom of Access Act Request

12 messages

**Sara Leblanc** <sleblanc003@gmail.com> Sun, Jul 26, 2026 at 9:09 PM
To: Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <TMcOsker@ogunquit.gov>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Hubby <dleblanc003@gmail.com>

Dear Town Clerk / FOAA Officer,

Pursuant to the Maine Freedom of Access Act, I respectfully request copies of all public records related to the complaints, investigation, determination, and enforcement concerning the rooster sculptures located at **422 Main Street, Ogunquit, Maine**.

Specifically, I request the following:

1. All complaints, whether written, electronic, verbal (if memorialized), anonymous, or identified, concerning the rooster sculptures.
2. The date each complaint was received.
3. The names and contact information of each complainant, unless exempt from disclosure under Maine law. If any identifying information is withheld, please provide the complaint with only the exempt information redacted.
4. All emails, letters, text messages, memoranda, notes, reports, photographs, meeting notes, and other communications between town staff, Code Enforcement, Planning Department staff, Select Board members, attorneys, consultants, or any other officials regarding the rooster sculptures.
5. All internal discussions or communications regarding whether the rooster sculptures constitute “signage.”
6. Any legal opinions, memoranda, or advice from the Town Attorney or other legal counsel concerning the rooster sculptures or the interpretation of the zoning ordinance as it relates to them.
7. All documents identifying who made the determination that the rooster sculptures qualified as signs, including the date that determination was made.
8. Any zoning ordinance provisions, policies, guidance documents, prior interpretations, or precedent relied upon in determining that the rooster sculptures constitute signage.
9. All communications between the Town and any third parties regarding the rooster sculptures.
10. Any records showing previous enforcement actions involving artwork, sculptures, lawn ornaments, public art, or similar displays that were determined to be signs under the Ogunquit Zoning Ordinance.
11. Any records identifying who first raised the issue that the rooster sculptures might be considered signs.
12. Any records identifying who made the final decision to pursue enforcement.
13. Any communications discussing whether the mixed residential/commercial nature of the property affected the Town’s analysis or enforcement decision.
14. Any communications directing Town staff to investigate the rooster sculptures, including who initiated that direction.
15. Any communications discussing whether the rooster sculptures were considered art, sculpture, decoration, or signage before the determination was made.
16. Any records explaining why the Town concluded the rooster sculptures were signs rather than works of art or decorative sculptures.
17. Any records discussing whether similar sculptures, artwork, decorative displays, or lawn ornaments elsewhere in Ogunquit have been reviewed or cited as signage.
18. Any records reflecting discussions about consistency of enforcement or comparisons to other properties within the Town.
19. Any inspection reports, photographs, notes, or field observations created during the Town’s review of the rooster sculptures.
20. Any communications with elected officials concerning this matter.

If any portion of these records is withheld, please identify each withheld record, the specific statutory exemption relied upon, and the reason for the withholding.

If the cost of fulfilling this request is expected to exceed **$50**, please notify me before processing the request.

Thank you for your assistance. I look forward to your response within the time required by the Maine Freedom of Access Act.

Sincerely,

Sara LeBlanc

---

**Maryann Stacy** <MStacy@ogunquit.gov> Mon, Jul 27, 2026 at 7:56 AM
To: Sara Leblanc <sleblanc003@gmail.com>, Tyler McOsker <tmcosker@ogunquit.gov>, Christine Murphy <CMurphy@ogunquit.gov>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Hubby <dleblanc003@gmail.com>

Good Morning Christine,

I am forwarding this to you because you were not included in the e-mail chain, and the salutation is addressed to you as “Town Clerk / FOAA Officer”.

The Land Use Office received it yesterday and will respond appropriately.

Maryann Stacy

Town of Ogunquit

Land Use Office

Admin Asst

Tel. 207-646-9326

[Quoted text hidden]

---

**The Omelette Factory** <theomeletteog@gmail.com> Mon, Aug 10, 2026 at 7:12 PM
To: Maryann Stacy <MStacy@ogunquit.gov>
Cc: Sara Leblanc <sleblanc003@gmail.com>, Tyler McOsker <tmcosker@ogunquit.gov>, Christine Murphy <CMurphy@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

Hello- I was following up on this as I haven't heard anything on it being received by Christune or a timeframe.

Thank you.

The Omelette Factory
Dave and Sara

422
Main St. Ogunquit,
ME 03907
For To-Go: (207) 216-9968, or **ORDER ONLINE**!!
*Visa, Master Card, Discover, and Amex are Accepted*

***Please find us on Social Media!*** *FB* *Instagram*

[Quoted text hidden]

**Maryann Stacy** <MStacy@ogunquit.gov> Tue, Aug 11, 2026 at 7:49 AM
To: The Omelette Factory <theomeletteog@gmail.com>
Cc: Sara Leblanc <sleblanc003@gmail.com>, Tyler McOsker <tmcosker@ogunquit.gov>, Christine Murphy <CMurphy@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

Dave and Sara,

Your FOAA Request is being handled by the Town Clerk. Any questions about the process should be directed to her at cmurphy@ogunquit.gov.

Maryann Stacy

Town of Ogunquit

Land Use Office

Admin Asst

Tel. 207 646-9326

---

**From:** The Omelette Factory <theomeletteog@gmail.com>
**Sent:** Monday, August 10, 2026 7:12 PM
**To:** Maryann Stacy <MStacy@ogunquit.gov>
**Cc:** Sara Leblanc <sleblanc003@gmail.com>; Tyler McOsker <tmcosker@ogunquit.gov>; Christine Murphy <CMurphy@ogunquit.gov>; Hubby <dleblanc003@gmail.com>
**Subject:** Re: Maine Freedom of Access Act Request

Hello- I was following up on this as I haven't heard anything on it being received by Christune or a timeframe.

Thank you.

The Omelette Factory
Dave and Sara

422 Main St. Ogunquit, ME 03907

[Quoted text hidden]

[Quoted text hidden]

---

**Sara Leblanc** <sleblanc003@gmail.com> Tue, Aug 11, 2026 at 7:55 AM
To: Maryann Stacy <MStacy@ogunquit.gov>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Tyler McOsker <tmcosker@ogunquit.gov>, Christine Murphy <CMurphy@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

I believe she was on that email when I asked as well

[Quoted text hidden]

---

**Christine Murphy** <CMurphy@ogunquit.gov> Tue, Aug 11, 2026 at 8:08 AM
To: The Omelette Factory <theomeletteog@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>
Cc: Sara Leblanc <sleblanc003@gmail.com>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

Please see the attached acknowledgement emailed to the requestor on July 31st.
I do not have a date, yet the information will be available but will let the requestor know as soon as possible.

Chris Murphy
Town Clerk/FOAA Officer

Town of Ogunquit
31 School Street
P.O. Box 875
Ogunquit, ME 03907

Direct: 207.646-9546
Fax: 207.646.5920
Town Offices: 207.646.5139
Email: townclerk@ogunquit.gov

NOTICE: Under Maine's Freedom of Access ("Right to Know") Law, documents - including emails - in the possession of public officials about Town business are considered public records. This means if anyone asks to see it, we are required to provide it. There are very few exceptions. We welcome citizen comments and want to hear from our constituents, but please keep in mind that what you write in an email is not private and will be made available to any interested party.

---

**From:** The Omelette Factory <theomeletteog@gmail.com>
**Sent:** Monday, August 10, 2026 19:12
**To:** Maryann Stacy <MStacy@ogunquit.gov>
**Cc:** Sara Leblanc <sleblanc003@gmail.com>; Tyler McOsker <tmcosker@ogunquit.gov>; Christine Murphy <CMurphy@ogunquit.gov>; Hubby <dleblanc003@gmail.com>
**Subject:** Re: Maine Freedom of Access Act Request

[Quoted text hidden]

---

**2026.15 Leblanc.422 Main Street.Ack.pdf**
756K

---

**Sara Leblanc** <sleblanc003@gmail.com> Thu, Sep 17, 2026 at 2:22 PM
To: Christine Murphy <CMurphy@ogunquit.gov>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

On Aug 11, 2026, at 8:08 AM, Christine Murphy <CMurphy@ogunquit.gov> wrote:

Please see the attached acknowledgement emailed to the requestor on July 31st.
I do not have a date, yet the information will be available but will let the requestor know as soon as possible.

Chris Murphy
Town Clerk/FOAA Officer

Town of Ogunquit
31 School Street
P.O. Box 875
Ogunquit, ME 03907

Direct: 207.646-9546
Fax: 207.646.5920
Town Offices: 207.646.5139
Email: townclerk@ogunquit.gov

NOTICE: Under Maine's Freedom of Access ("Right to Know") Law, documents - including emails - in the possession of public officials about Town business are considered public records. This means if anyone asks to see it, we are required to provide it. There are very few exceptions. We welcome citizen

comments and want to hear from our constituents, but please keep in mind that what you write in an email is not private and will be made available to any interested party.

---

**From:** The Omelette Factory <theomeletteog@gmail.com>
**Sent:** Monday, August 10, 2026 19:12
**To:** Maryann Stacy <MStacy@ogunquit.gov>
**Cc:** Sara Leblanc <sleblanc003@gmail.com>; Tyler McOsker <tmcosker@ogunquit.gov>; Christine Murphy <CMurphy@ogunquit.gov>; Hubby <dleblanc003@gmail.com>
**Subject:** Re: Maine Freedom of Access Act Request

Hello- I was following up on this as I haven't heard anything on it being received by Christune or a timeframe.

Thank you.

The Omelette Factory
Dave and Sara

422 Main St. Ogunquit, ME 03907
For To-Go: (207) 216-9968, or **ORDER ONLINE**!!
*Visa, Master Card, Discover, and Amex are Accepted*

***Please find us on Social Media!*** *FB* *Instagram*

On Mon, Jul 27, 2026 at 7:56 AM Maryann Stacy <MStacy@ogunquit.gov> wrote:

> Good Morning Christine,
>
> I am forwarding this to you because you were not included in the e-mail chain, and the salutation is addressed to you as "Town Clerk / FOAA Officer".
>
> The Land Use Office received it yesterday and will respond appropriately.
>
> Maryann Stacy
>
> Town of Ogunquit
>
> Land Use Office
>
> Admin Asst
>
> Tel. 207-646-9326
>
> ---
>
> **From:** Sara Leblanc <sleblanc003@gmail.com>
> **Sent:** Sunday, July 26, 2026 9:09 PM
> **To:** Maryann Stacy <MStacy@ogunquit.gov>; Tyler McOsker <TMcOsker@ogunquit.gov>
> **Cc:** The Omelette Factory <theomeletteog@gmail.com>; Hubby <dleblanc003@gmail.com>
> **Subject:** Maine Freedom of Access Act Request
>
> Dear Town Clerk / FOAA Officer,
>
> Pursuant to the Maine Freedom of Access Act, I respectfully request copies of all public records related to the complaints, investigation, determination, and enforcement concerning the rooster sculptures located at **422 Main Street, Ogunquit, Maine**.

Specifically, I request the following:

1. All complaints, whether written, electronic, verbal (if memorialized), anonymous, or identified, concerning the rooster sculptures.
2. The date each complaint was received.
3. The names and contact information of each complainant, unless exempt from disclosure under Maine law. If any identifying information is withheld, please provide the complaint with only the exempt information redacted.
4. All emails, letters, text messages, memoranda, notes, reports, photographs, meeting notes, and other communications between town staff, Code Enforcement, Planning Department staff, Select Board members, attorneys, consultants, or any other officials regarding the rooster sculptures.
5. All internal discussions or communications regarding whether the rooster sculptures constitute "signage."
6. Any legal opinions, memoranda, or advice from the Town Attorney or other legal counsel concerning the rooster sculptures or the interpretation of the zoning ordinance as it relates to them.
7. All documents identifying who made the determination that the rooster sculptures qualified as signs, including the date that determination was made.
8. Any zoning ordinance provisions, policies, guidance documents, prior interpretations, or precedent relied upon in determining that the rooster sculptures constitute signage.
9. All communications between the Town and any third parties regarding the rooster sculptures.
10. Any records showing previous enforcement actions involving artwork, sculptures, lawn ornaments, public art, or similar displays that were determined to be signs under the Ogunquit Zoning Ordinance.
11. Any records identifying who first raised the issue that the rooster sculptures might be considered signs.
12. Any records identifying who made the final decision to pursue enforcement.
13. Any communications discussing whether the mixed residential/commercial nature of the property affected the Town's analysis or enforcement decision.
14. Any communications directing Town staff to investigate the rooster sculptures, including who initiated that direction.
15. Any communications discussing whether the rooster sculptures were considered art, sculpture, decoration, or signage before the determination was made.
16. Any records explaining why the Town concluded the rooster sculptures were signs rather than works of art or decorative sculptures.
17. Any records discussing whether similar sculptures, artwork, decorative displays, or lawn ornaments elsewhere in Ogunquit have been reviewed or cited as signage.
18. Any records reflecting discussions about consistency of enforcement or comparisons to other properties within the Town.
19. Any inspection reports, photographs, notes, or field observations created during the Town's review of the rooster sculptures.
20. Any communications with elected officials concerning this matter.

If any portion of these records is withheld, please identify each withheld record, the specific statutory exemption relied upon, and the reason for the withholding.

If the cost of fulfilling this request is expected to exceed **$50**, please notify me before processing the request.

Thank you for your assistance. I look forward to your response within the time required by the Maine Freedom of Access Act.

Sincerely,

Sara LeBlanc

**2 attachments**


Under the U.S. Freedom of Information Act (FOIA), federal agencies must respond to requests within 20 working days, excluding weekends and holidays. This period can be extended by up to 10 additional working days under certain circumstances, such as the need to consult with other agencies or collect records from multiple locations. If

**image0.jpeg**
208K

**2026.15 Leblanc.422 Main Street.Ack.pdf**
756K

---

**The Omelette Factory** <theomeletteog@gmail.com> Thu, Sep 17, 2026 at 2:23 PM
To: Sara Leblanc <sleblanc003@gmail.com>
Cc: Christine Murphy <CMurphy@ogunquit.gov>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

July 26 is when this original request was made…

On Sep 17, 2026, at 2:22 PM, Sara Leblanc <sleblanc003@gmail.com> wrote:

On Aug 11, 2026, at 8:08 AM, Christine Murphy <CMurphy@ogunquit.gov> wrote:

Please see the attached acknowledgement emailed to the requestor on July 31st.
I do not have a date, yet the information will be available but will let the requestor know as soon as possible.

Chris Murphy
Town Clerk/FOAA Officer

Town of Ogunquit
31 School Street
P.O. Box 875
Ogunquit, ME 03907

Direct: 207.646-9546
Fax: 207.646.5920
Town Offices: 207.646.5139
Email: townclerk@ogunquit.gov

NOTICE: Under Maine's Freedom of Access ("Right to Know") Law, documents - including emails - in the possession of public officials about Town business are considered public records. This means if anyone asks to see it, we are required to provide it. There are very few exceptions. We welcome citizen comments and want to hear from our constituents, but please keep in mind that what you write in an email is not private and will be made available to any interested party.

**From:** The Omelette Factory <theomeletteog@gmail.com>
**Sent:** Monday, August 10, 2026 19:12
**To:** Maryann Stacy <MStacy@ogunquit.gov>
**Cc:** Sara Leblanc <sleblanc003@gmail.com>; Tyler McOsker <tmcosker@ogunquit.gov>; Christine Murphy <CMurphy@ogunquit.gov>; Hubby <dleblanc003@gmail.com>
**Subject:** Re: Maine Freedom of Access Act Request

Hello- I was following up on this as I haven't heard anything on it being received by Christune or a timeframe.

Thank you.

The Omelette Factory
Dave and Sara

422 Main St. Ogunquit, ME 03907
For To-Go: (207) 216-9968, or **ORDER ONLINE**!!
*Visa, Master Card, Discover, and Amex are Accepted*

***Please find us on Social Media!*** *FB Instagram*

On Mon, Jul 27, 2026 at 7:56 AM Maryann Stacy <MStacy@ogunquit.gov> wrote:

Good Morning Christine,

I am forwarding this to you because you were not included in the e-mail chain, and the salutation is addressed to you as "Town Clerk / FOAA Officer".

The Land Use Office received it yesterday and will respond appropriately.

Maryann Stacy

Town of Ogunquit

Land Use Office

Admin Asst

Tel. 207-646-9326

---

**From:** Sara Leblanc <sleblanc003@gmail.com>
**Sent:** Sunday, July 26, 2026 9:09 PM
**To:** Maryann Stacy <MStacy@ogunquit.gov>; Tyler McOsker <TMcOsker@ogunquit.gov>
**Cc:** The Omelette Factory <theomeletteog@gmail.com>; Hubby <dleblanc003@gmail.com>
**Subject:** Maine Freedom of Access Act Request

Dear Town Clerk / FOAA Officer,

Pursuant to the Maine Freedom of Access Act, I respectfully request copies of all public records related to the complaints, investigation, determination, and enforcement concerning the rooster sculptures located at **422 Main Street, Ogunquit, Maine**.

Specifically, I request the following:

1. All complaints, whether written, electronic, verbal (if memorialized), anonymous, or identified, concerning the rooster sculptures.
2. The date each complaint was received.

3. The names and contact information of each complainant, unless exempt from disclosure under Maine law. If any identifying information is withheld, please provide the complaint with only the exempt information redacted.
4. All emails, letters, text messages, memoranda, notes, reports, photographs, meeting notes, and other communications between town staff, Code Enforcement, Planning Department staff, Select Board members, attorneys, consultants, or any other officials regarding the rooster sculptures.
5. All internal discussions or communications regarding whether the rooster sculptures constitute "signage."
6. Any legal opinions, memoranda, or advice from the Town Attorney or other legal counsel concerning the rooster sculptures or the interpretation of the zoning ordinance as it relates to them.
7. All documents identifying who made the determination that the rooster sculptures qualified as signs, including the date that determination was made.
8. Any zoning ordinance provisions, policies, guidance documents, prior interpretations, or precedent relied upon in determining that the rooster sculptures constitute signage.
9. All communications between the Town and any third parties regarding the rooster sculptures.
10. Any records showing previous enforcement actions involving artwork, sculptures, lawn ornaments, public art, or similar displays that were determined to be signs under the Ogunquit Zoning Ordinance.
11. Any records identifying who first raised the issue that the rooster sculptures might be considered signs.
12. Any records identifying who made the final decision to pursue enforcement.
13. Any communications discussing whether the mixed residential/commercial nature of the property affected the Town's analysis or enforcement decision.
14. Any communications directing Town staff to investigate the rooster sculptures, including who initiated that direction.
15. Any communications discussing whether the rooster sculptures were considered art, sculpture, decoration, or signage before the determination was made.
16. Any records explaining why the Town concluded the rooster sculptures were signs rather than works of art or decorative sculptures.
17. Any records discussing whether similar sculptures, artwork, decorative displays, or lawn ornaments elsewhere in Ogunquit have been reviewed or cited as signage.
18. Any records reflecting discussions about consistency of enforcement or comparisons to other properties within the Town.
19. Any inspection reports, photographs, notes, or field observations created during the Town's review of the rooster sculptures.
20. Any communications with elected officials concerning this matter.

If any portion of these records is withheld, please identify each withheld record, the specific statutory exemption relied upon, and the reason for the withholding.

If the cost of fulfilling this request is expected to exceed **$50**, please notify me before processing the request.

Thank you for your assistance. I look forward to your response within the time required by the Maine Freedom of Access Act.

Sincerely,

Sara LeBlanc

**2 attachments**




**image0.jpeg**
208K

**2026.15 Leblanc.422 Main Street.Ack.pdf**
756K

---

**Christine Murphy** <CMurphy@ogunquit.gov> Mon, Sep 21, 2026 at 10:10 AM
To: Sara Leblanc <sleblanc003@gmail.com>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

Sarah
I am just waiting on three additional documents to be reviewed and should be able to supply the information soon.
I think the best way is for me to put it on a Zip drive instead of trying to email everything.

I will update you as soon as I can.

Chris Murphy
Town Clerk/FOAA Officer

Town of Ogunquit
31 School Street
P.O. Box 875
Ogunquit, ME 03907

Direct: 207.646-9546
Fax: 207.646.5920
Town Offices: 207.646.5139
Email: townclerk@ogunquit.gov

NOTICE: Under Maine's Freedom of Access ("Right to Know") Law, documents - including emails - in the possession of public officials about Town business are considered public records. This means if anyone asks to see it, we are required to provide it. There are very few exceptions. We welcome citizen comments and want to hear from our constituents, but please keep in mind that what you write in an email is not private and will be made available to any interested party.

---

**From:** Sara Leblanc <sleblanc003@gmail.com>
**Sent:** Thursday, September 17, 2026 14:22
**To:** Christine Murphy <CMurphy@ogunquit.gov>
**Cc:** The Omelette Factory <theomeletteog@gmail.com>; Maryann Stacy <MStacy@ogunquit.gov>; Tyler McOsker <tmcosker@ogunquit.gov>; Hubby <dleblanc003@gmail.com>
**Subject:** Re: Maine Freedom of Access Act Request

Under the U.S. Freedom of Information Act (FOIA), federal agencies must respond to requests within 20 working days, excluding weekends and holidays. This period can be extended by up to 10 additional working days under certain circumstances, such as the need to consult with other agencies or collect records from multiple locations. If

On Aug 11, 2026, at 8:08 AM, Christine Murphy <CMurphy@ogunquit.gov> wrote:

[Quoted text hidden]

---

**Sara Leblanc** <sleblanc003@gmail.com> Mon, Sep 21, 2026 at 1:39 PM

To: Christine Murphy <CMurphy@ogunquit.gov>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

Thank you for the update

[Quoted text hidden]

---

**Christine Murphy** <CMurphy@ogunquit.gov> Tue, Sep 22, 2026 at 11:50 AM
To: Sara Leblanc <sleblanc003@gmail.com>
Cc: The Omelette Factory <theomeletteog@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

I have the zip drive ready for you to pick up. We are open 8:00 am - 4:00 pm.
I now consider this request to be closed.

Chris Murphy
Town Clerk/FOAA Officer

Town of Ogunquit
31 School Street
P.O. Box 875
Ogunquit, ME 03907

Direct: 207.646-9546
Fax: 207.646.5920
Town Offices: 207.646.5139
Email: townclerk@ogunquit.gov

NOTICE: Under Maine's Freedom of Access ("Right to Know") Law, documents - including emails - in the possession of public officials about Town business are considered public records. This means if anyone asks to see it, we are required to provide it. There are very few exceptions. We welcome citizen comments and want to hear from our constituents, but please keep in mind that what you write in an email is not private and will be made available to any interested party.

---

**From:** Sara Leblanc <sleblanc003@gmail.com>
**Sent:** Monday, September 21, 2026 13:39

[Quoted text hidden]

[Quoted text hidden]

---

**The Omelette Factory** <theomeletteog@gmail.com> Tue, Sep 22, 2026 at 11:51 AM
To: Christine Murphy <CMurphy@ogunquit.gov>
Cc: Sara Leblanc <sleblanc003@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

I will pick it up first thing tomorrow. We are traveling today. Thank you!!!

The Omelette Factory
Dave and Sara

422
Main St. Ogunquit,
ME 03907
For To-Go: (207) 216-9968, or **ORDER ONLINE**!!
*Visa, Master Card, Discover, and Amex are Accepted*

***Please find us on Social Media!*** *FB Instagram*

[Quoted text hidden]