# EXHIBIT 7

Gmail **The Omelette Factory <theomeletteog@gmail.com>**

---

## Fwd: Subject: Follow-Up Regarding July 26, 2026 FOAA Request – 422 Main Street. Re: Maine Freedom of Access Act Request

---

**Christine Murphy** <CMurphy@ogunquit.gov> Thu, Oct 8, 2026 at 11:18 AM
To: The Omelette Factory <theomeletteog@gmail.com>
Cc: Sara Leblanc <sleblanc003@gmail.com>, Maryann Stacy <MStacy@ogunquit.gov>, Tyler McOsker <tmcosker@ogunquit.gov>, Hubby <dleblanc003@gmail.com>

The records provided to you in response to your FOAA requester were all of the public records in the possession of the Town that were responsive to your request. The Town did not withhold any documents.

With this response, I have closed this FOAA request.

[Quoted text hidden]